AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Estelle Weber, individually, on
behalf of the Bear Stearns Companies,
Inc., Employee Stock Ownership Plan, and
all others similarly situated,

V.

The Bear Stearns Companies, Inc., Custodial
Trust Company, James Cayne, Alan Schwartz,
Warren Spector, Samuel Molinaro, Alan
Greenberg, and John Does 1-20,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

    The Bear Stearns Companies, Inc., Custodial Trust Company,
    James Cayne, Alan Schwartz, Warren Spector, Samuel Molinaro,
    Alan Greenberg, and John Does 1-20
    383 Madison Avenue
    New York, NY 10179

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    WOLF POPPER LLP
    845 Third Avenue
    New York, NY 10022
    Tel. 212.759.4600

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_(signature)_ Marcos Quintero

(By) DEPUTY CLERK

DATE   MAR 18 2008

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-19-08 1:55 pm |
| NAME OF SERVER (PRINT) Christopher Dunleavy | TITLE Managing Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendants 1-7 Place where served: 320 Park Avenue NYC 10022 (served David Petercsak - VP Bear Stearns)

1) The Bear Stearns Companies, Inc 2) Custodial Trust Company, 3) James Cayne 4) Alan Schwartz, 5) Warren Spector 6) Samuel Molinaro 7) Alan Greenberg

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-19-08
Date

Signature of Server: Christopher Dunleavy

Address of Server: 845 Third Ave., NY NY 10022

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.