UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTELLE WEBER, individually, on behalf of the Bear Stearns Companies Inc. Employee Stock Ownership Plan, and all others similarly situated,<br><br>       Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., CUSTODIAL TRUST COMPANY, JAMES CAYNE, ALAN SCHWARTZ, WARREN SPECTOR, SAMUEL MOLINARO, ALAN GREENBERG, and JOHN DOES 1-20,<br><br>       Defendants. | No. 08 Civ. 2870 (RWS) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE BEAR STEARNS COMPANIES INC. AND CUSTODIAL TRUST COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. and Custodial Trust Company hereby state as follows:

  1.  The Bear Stearns Companies Inc. is a publicly traded corporation. JPMorgan Chase & Co. and Wilmington Trust Corporation are the only publicly held corporations that own 10% or more of the stock of The Bear Stearns Companies Inc.

  2.  Custodial Trust Company is a wholly owned subsidiary of The Bear Stearns Companies Inc.

Dated: April 14, 2008
New York, New York

                         PAUL, WEISS, RIFKIND, WHARTON &
                         GARRISON LLP

                         By: _____
                             Brad S. Karp (bkarp@paulweiss.com)
                             Lewis R. Clayton (lclayton@paulweiss.com)

                         1285 Avenue of the Americas
                         New York, New York  10019-6064
                         Tel.   (212) 373-3000
                         Fax   (212) 757-3980


                         Paul J. Ondrasik, Jr.
                         STEPTOE & JOHNSON LLP
                         1330 Connecticut Avenue, NW
                         Washington, DC  20036
                         Tel.   (202) 429-8088
                         Fax   (202) 429-3902

                         *Attorneys for Defendant The Bear Stearns Companies Inc.*
                         *and Custodial Trust Company*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     )    :ss
COUNTY OF NEW YORK   )

Dytonia Reed, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 14, 2007, I served a true copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE BEAR STEARNS COMPANIES INC. AND CUSTODIAL TRUST COMPANY on the following:

Barry Berke
David Frankel
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Jay Kasner, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036

Michael Chepiga, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Ronald Richman, Esq.
Alan Glickman, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Lawrence B. Pedowitz, Esq.
David B. Anders, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Dytonia Reed

Sworn to before me this
17th day of April 2008

_____
Notary Public

TREVOR J. HILL
Notary Public, State of New York
No. 01HI6181504
Qualified in Bronx County
Commission Expires February 4, 2012