UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AARON HOWARD, Individually and on Behalf of : 08 Civ. 2804 (RWS)
All Others Similarly Situated, :
 :
 :
                    Plaintiff, :
 :
 :
  - against - :
 :
 :
THE BEAR STEARNS COMPANIES INC., THE :
   BEAR STEARNS COMPANIES INC. :
   EXECUTIVE COMMITTEE, JAMES E. :
   CAYNE, ALAN D. SCHWARTZ, WARREN J. :
   SPECTOR, SAMUEL L. MOLINARO, JR., :
   ALAN C. GREENBERG, and JOHN AND :
   JANE DOES 1-10, :
 :
                    Defendants. :
-----------------------------------------------------------------X
HANS MENOS, individually and on behalf of all : 08 Civ. 3035 (RWS)
   others similarly situated, :
 :
 :
                    Plaintiff, :
 :
 :
  - against - :
 : [Additional Related Actions:
THE BEAR STEARNS COMPANIES, INC., : 08 Civ. 2870 (RWS);
   JAMES E. CAYNE, ALAN D. SCHWARTZ, : 08 Civ. 3006 (UA);
   WARREN J. SPECTOR, SAMUEL L. : 08 Civ. 3089 (RWS);
   MOLINARO, JR., ALAN C. GREENBERG, : 08 Civ. 3326 (RWS);
   and JOHN AND JANE DOES 1-10, : 08 Civ. 3334 (RWS);
 : 08 Civ. 3351 (UA); and
                    Defendants. : 08 Civ. 3441 (UA)]
-----------------------------------------------------------------X

**DECLARATION OF I. STEPHEN RABIN
IN SUPPORT OF *WEBER* PLAINTIFFS' MOTION TO CONSOLIDATE,
TO BE APPOINTED INTERIM LEAD PLAINTIFFS, AND
<u>FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL</u>**

I. Stephen Rabin hereby declares:

1. I am a member of the law firm of Rabin & Peckel LLP, counsel for plaintiff Hans Menos in the above-captioned matter. I submit this declaration in support of the *Weber* plaintiffs' motion to consolidate, to be appointed interim Lead Plaintiffs, and for appointment of Wolf Popper LLP and Hagens Berman Sobol Shapiro LLP as interim Co-Lead Counsel for plaintiffs in the putative ERISA class action now pending before this Court.

2. The papers submitted in support of the *Weber* plaintiffs' motion demonstrate the competence, experience, and dedication of these firms in class actions in general and in ERISA litigation. They are well qualified to be appointed Interim Co-Lead Counsel.

3. I will add that, in addition, I and my firm have had first-hand experience with both firms' ability to mold the various plaintiffs' counsel into an efficient and effective organization to pursue the claims of the class. I was a partner in Wolf Popper for a number of years and worked closely with Lester Levy on a series of securities class actions. Aside from his ability as a lawyer, he possesses superb administrative skills which will be sorely needed in this complex litigation.

4. My partner, Allan Peckel, spent years in Seattle, working with Steve Berman on the Washington Public Power Supply System ("WPPSS") litigation. He has had nothing but the highest praise for Mr. Berman and his ability to obtain the best results in the most efficient manner.

5. Furthermore, Jeff Squire of the Bragar Wexler firm, our co-counsel here, during his five years with Wolf Popper worked continuously with Lester Levy and after leaving Wolf Popper worked with Steve Berman on more than a dozen securities class actions including actions in New York, California, Idaho, Tennessee, and Washington. He continues to work with Mr. Berman and to serve as special counsel with the Wolf Popper firm. He too is unstinting in his praise of the legal ability of Messrs. Levy and Berman and their ability to utilize the talents of the various lawyers in the case to obtain the best results for the class.

6. Based upon my personal experience, the experience of my firm, and the experience of the Bragar Wexler firm, the class, the Court, and counsel would be more than well served by consolidation, the appointment of the *Weber* plaintiffs as interim Lead Plaintiffs and Wolf Popper LLP and Hagens Berman Sobol Shapiro LLP as interim Co-Lead Counsel.

6. Their motion to consolidate and for such appointment should be granted.

I declare the foregoing to be true under penalty of perjury.

Executed on April 14, 2008

                                                                        /s/
                                                I. Stephen Rabin

## CERTIFICATE OF SERVICE

I, JOSEPH V. MCBRIDE, do hereby certify, under penalty of perjury, that:

On April 14, 2008, I caused a true and correct copy of the foregoing DECLARATION OF I. STEPHEN RABIN IN SUPPORT OF *WEBER* PLAINTIFFS' MOTION TO CONSOLIDATE, TO BE APPOINTED INTERIM LEAD PLAINTIFFS, AND FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL, to be served by first-class mail, postage prepaid, on the following:

Lester L. Levy, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022

*Counsel for Plaintiff Estelle Weber*

Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

*Counsel for Plaintiffs Anthony Pisano, Ira Gerwitz, and Rita Rusin*

Robert A. Skirnick, Esq.
MEREDITH COHEN GREENFOGEL
  & SKIRNICK, P.C.
One Liberty Plaza, 35th Floor
New York, NY 10006

*Counsel for Plaintiffs Anthony Pisano, Ira Gerwitz, and Rita Rusin*

Joseph H. Meltzer, Esq.
SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087

*Counsel for Plaintiff Aaron Howard*

Lynn L. Sarko, Esq.
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

*Counsel for Plaintiff Shelden Greenberg*

Milo Silberstein, Esq.
DEALY & SILBERSTEIN, LLP
225 Broadway, Suite 1405
New York, NY 10007

*Counsel for Plaintiffs Aaron Howard and Shelden Greenberg*

| | |
|---|---|
| Edwin J. Mills, Esq.<br>STULL STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br><br>*Counsel for Plaintiff Drew V. Lounsbury* | Gary S. Graifman, Esq.<br>KANTROWITZ GOLDHAMER<br>  & GRAIFMAN, P.C.<br>747 Chestnut Ridge Road<br>Chestnut Ridge, NY 10977<br><br>*Counsel for Plaintiff Drew V. Lounsbury* |
| Ralph M. Stone, Esq.<br>SHALOV STONE & BONNER LLP<br>485 Seventh Avenue, Suite 1000<br>New York, NY 10018<br><br>*Counsel for Plaintiff Scott Wettersten* | Brad S. Karp, Esq.<br>PAUL, WEISS, RIFKIN, WHARTON<br>  & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br><br>*Counsel for Defendant*<br>  *The Bear Stearns Companies, Inc.* |

                                        /s/
                                  ―――――――――――――――
                                    Joseph V. McBride