UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., THE BEAR STEARNS COMPANIES INC. EXECUTIVE COMMITTEE, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No: 08 Civ. 2804 (RWS) (HBP) |

[additional captions appear on next page]

**REPLY DECLARATION OF STEVE W. BERMAN IN SUPPORT OF *WEBER*
PLAINTIFFS' MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT
OF LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE, AND
(3) ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1**

Lester L. Levy, Esq.
Andrew Lencyk, Esq.
James Kelly-Kowlowitz
**WOLF POPPER LLP**
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Steve W. Berman, Esq.
Andrew M. Volk, Esq.
**HAGENS BERMAN SOBOL
SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0958

Proposed Co-Lead Counsel for Plaintiffs

10043.11 231011 v1

| | |
|---|---|
| ESTELLE WEBER, individually, on behalf of the Bear Stearns Companies Inc. Employee Stock Ownership Plan, and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., *et al.*,<br><br>    Defendants. | Civil Action No: 08 Civ. 2870 (RWS) (JCF) |
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., *et al.*,<br><br>    Defendants. | Civil Action No: 08 Civ. 3006 (UA) |
| HANS MENOS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., *et al.*<br><br>    Defendants. | Civil Action No: 08 Civ. 3035 (RWS) (HBP) |
| IRA GEWIRTZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., *et al.*,<br><br>    Defendants. | Civil Action No: 08 Civ. 3089 (RWS) (JCF) |

| | |
|---|---|
| DREW V. LOUNSBURY, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., et al.,<br><br>     Defendants. | Civil Action No: 08 Civ. 3326 (RWS) |
| SHELDEN GREENBERG, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., et al.,<br><br>     Defendants. | Civil Action No: 08 Civ. 3334 (RWS) (HBP) |
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., et al.,<br><br>     Defendants. | Civil Action No: 08 Civ. 3351 (UA) |
| RITA RUSIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., et al.,<br><br>     Defendants. | Civil Action No: 08 Civ. 3441 (UA) |

| | |
|---|---|
| LAWRENCE FINK, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES, INC., et al.,<br><br>                              Defendants. | Civil Action No: 08 Civ. 3602 (UA) |

9

I, Steve W. Berman, declare:

1. I am the Managing Partner of the law firm of Hagens Berman Sobol Shapiro LLP "Hagens Berman," and one of the counsel of record for Plaintiffs in the *Pisano, Gewirtz, Rusin* and *Fink* cases referenced in the caption above. I make this reply declaration in support of *Weber* Plaintiffs' Motion for (1) Consolidation, (2) Appointment of Lead Plaintiffs and Leadership Structure, and (3) Entry of [Proposed] Pretrial Order No. 1. I am familiar with the facts set forth herein and will testify to them if necessary.

2. At the time of filing his complaint, Plaintiff Anthony Pisano held approximately 100 shares of Bear Stearns stock in his ESOP account.

3. At the time of filing his complaint, Plaintiff Ira Gewirtz held approximately 2,700 shares of Bear Stearns stock in his ESOP account.

4. At the time of filing her complaint, Plaintiff Rita Rusin held approximately 227 shares of Bear Stearns stock in her ESOP account.

5. At the time of filing his complaint, Plaintiff Lawrence Fink held approximately 2,500 shares of Bear Stearns stock in his ESOP account.

Executed this 18th day of April, 2008 at Seattle, Washington.

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292