UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ESTELLE WEBER,
Individually and On Behalf of All Others  :    **ELECTRONICALLY FILED**
Similarly Situated
                                          :    08 CV 2870 (RWS)
            Plaintiff,
                                          :
        - against -                            **NOTICE OF APPEARANCE**
                                          :
THE BEAR STEARNS COMPANIES, INC.,
et al.,                                   :

            Defendants.                   :

------------------------------------x


      Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
         May 12, 2008

                                              /s/ Susan L. Saltzstein
                                        Susan L. Saltzstein
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        (Susan.Saltzstein@skadden.com)
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        Attorneys for Defendant
                                          Alan D. Schwartz

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 12, 2008, I caused a true copy of the

- *Notices of Appearance*

to be served upon the following party as indicated:

By First-Class Mail

Steven Rabin, Esq.
Joseph V. McBride, Esq.
Rabin & Peckel LLP
275 Madison Avenue
Suite 420
New York, NY 10016

Thomas G. Ciarlone, Jr.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018

Dated: New York, New York
       May 12, 2008

_____
Steven Ray Katzenstein