UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTELLE WEBER, individually, on behalf of the Bear Stearns Companies Inc. Employee Stock Ownership Plan, and all others similarly situated,<br><br>       Plaintiff,<br><br>      v.<br><br>THE BEAR STEARNS COMPANIES INC., CUSTODIAL TRUST COMPANY, JAMES CAYNE, ALAN SCHWARTZ, WARREN SPECTOR, SAMUEL MOLINARO, ALAN GREENBERG, and JOHN DOES 1-20,<br><br>       Defendants. | No. 08 Civ. 2870 (RWS) |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE BEAR STEARNS COMPANIES INC. AND CUSTODIAL TRUST COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. and Custodial Trust Company hereby state as follows:

  1.  On May 30, 2008, a wholly-owned subsidiary of JPMorgan Chase & Co. merged with and into The Bear Stearns Companies Inc. ("Bear Stearns"), with Bear Stearns continuing as the surviving corporation and a subsidiary of JPMorgan Chase & Co.

  2.  Custodial Trust Company remains a wholly owned subsidiary of The Bear Stearns Companies Inc., which is now a subsidiary of JPMorgan Chase & Co.

  3.  JPMorgan Chase & Co. is a publicly held corporation with no corporate parent. No publicly traded corporation owns 10% or more of its stock.

Dated: June 13, 2008
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:   /s/ Brad S. Karp
             Brad S. Karp

        1285 Avenue of the Americas
        New York, New York  10019-6064
        Tel.   (212) 373-3000
        Fax    (212) 757-3980
        Email  bkarp@paulweiss.com

        Paul J. Ondrasik, Jr.
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, NW
        Washington, DC  20036
        Tel.   (202) 429-8088
        Fax    (202) 429-3902

        *Attorneys for Defendant The Bear Stearns Companies Inc. and Custodial Trust Company*