AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On June 13, 2008, I served true copies of the foregoing: SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BEAR STEARNS COMPANIES INC. on the following:

SEE ATTACHED SERVICE LIST

3. I made such service by personally enclosing true copies of the aforementioned document in properly addressed prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Leana Loncarevic

Sworn to before me this
13th day of June, 2008

_____
Notary Public

TREVOR J. HILL
Notary Public, State of New York
No. 01HI6181504
Qualified in Bronx County
Commission Expires February 4, 2012

# SERVICE LIST

### Hans Menos:

I Stephen Rabin
Joseph Vincent McBride
**Rabin & Peckel, L.L.P.**
275 Madison Avenue
Suite 420
New York, NY 10016
(212)880-3722

### Scott Wettersten:

James Patrick Bonner
Ralph M. Stone
Thomas George Ciarlone, Jr
**Shalov Stone & Bonner & Rucco LLP**
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4340

### Samuel L. Molinaro (Defendant):

Michael Chepiga
William T. Russell
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, New York  10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502


### Warren J. Spector (Defendant):

Lawrence B. Pedowitz
David B. Anders
**Wachtell, Lipton, Rosen & Katz**
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000